In the Matter of the Estate of Alice Jones, Incompetent.
First Galesburg National Bank and Trust Company, as Conservator of the Estate of Alice Jones, Incompetent, Plaintiff-Appellee, v. Alice Jones, Incompetent, et al., Defendants (Charles A. Spangler, Defendant-Claimant-Appellant).

Gen. No. 11,653.

Second District, Second Division.
May 23, 1963.
Rehearing denied July 19, 1963.

Charles A. Spangler, appellant, pro se; O'Brien & O'Brien, of Galesburg, for appellee. Opinion by PRESIDING JUSTICE WRIGHT. Not to be published in full.